TINACO PLAZA, LLC *v.* FREEBOB'S, INC.

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 760 (AC 21992), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's granting of summary judgment based upon its determination that a certain lease provision was an option to renew that required the written consent of the plaintiff and the renegotiation of a new rent?"

The Supreme Court docket number is SC 16970.

*Lloyd L. Langhammer,* in support of the petition.

*Kevin J. Burns,* in opposition.

Decided March 25, 2003